## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

JUN 24 2025 AM 9:31
FILED-USDC-CT-HARTFORD

TERRY-Ann LAWRENCE

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

TORRINGTON POLICE
DepARTMENt

_____

_____

_____

_____

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied
by the court)

### A. PARTIES

1. TeRRY-Ann lAWRence is a citizen of CT _____ who
   (Plaintiff)                                    (State)
presently resides at 685   Heron  Drive  Torrington .
                     (mailing address)

2. Defendant Torrington Police Dept is a citizen of CT _____
             (name of first defendant)                (State)

whose address is 576  MAin Street  Torrington,

and who is employed as Police Officers at Torrigton Police Pept.
                      (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ____No. If your answer is "Yes," briefly explain:

_Defendants violated the Fourth Amendment Protection of the U.S. Constitution ._

3. Defendant _____ is a citizen of _____
               (name of second defendant)                                (State)

whose address is _____

and who is employed as _____.
                           (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____✓_____    42 U.S.C. § 1983 (applies to state defendants)

_____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. On or around 7/4/2023 I called 911 and requested an Ambulance in An Emergency. Ambulance Fire and Torring Police Department showed up and Entered my residence. After some time I was loaded in the Ambilace. The police, Fire department and Ambulan personnel Exited my home. My home Securite System captured two police officers who remained on my property and re-entered my residence After I left in the Ambulance. The officers re-enterd my residence witout permission or a warrant.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Violation of constitutional right to unlawful search and seizures of my personal dwelling without permison or warrant, Violation 42 USC 1983.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On July 4th 2023 I was Experiencing pressure and sudden pain in pelvic area along with something protuding from the vaginal area. I called 911 requested and ambulance. The ambulance police and fire came to my residence. At that time I was Also experiencing speech disturbance. The police officers kept asking me over and over if I am certain I am alone and I kept telling the officers yes. After a very lengthy ⇒

3

questioning I was located in the ambulance
as everyone Exited My residence.
Upon review of My home security system; two
officers remained on the front lawn.
One officer can be heard on audio video telling
the other officer that once the ambulance
leaves they have no rights to Enter the home
One officer then entered the residence as
the other officer follows. After a few
minutes both officers Exited My residence
and proceeded to the front lawn where one
officer was seen on video taking off
a set of gloves that he did not reEnter
the residence with. Racial slurr is also
heard on the video.

D. Cause of
action.

**Claim II:** Violation of Equal Protetion.

**Supporting Facts:** Based on the experience on 4th of July and audio when listening carepul I was called A nigger and I believe that horrible experience was inpluenced by the color of my skin.

**Claim III:** Emotinal distress.

**Supporting Facts:** The police opficers violation of Equal Protetion as caused addition mental Anguish and psychological suppering. Calling the ambulance in an Emergency situation all alone scared and by myselp will be porever remembered as I too not only have mental anguish but physical injuries associated.

4

**E. REQUEST FOR RELIEF**

I request the following relief:

I am requesting the relief of 50 million dollars from the court in monetary

I am requesting an injuction from the courts requiring Torrington Police Department to stop discriminatory practices.

**F. JURY DEMAND**

Do you wish to have a jury trial? Yes ✓     No _____

_____     _Lawrence_____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____     JERRY-ANN LAWRENCE
Printed Name     Printed Name

_____

_____

( )_____     ( ) 685 Heron Drive
Attorney's full address and telephone     Plaintiff's full address and telephone

_____     Torrington CT 06790
Email address if available     Email address if available Terry lawrence 275.
                                                      Gmail.com.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _6/24/25_____.
         (location)                              (date)   _Lawrence____

**Plaintiff's Original Signature**

(Rev. 3/21/16)

5